Phillip WARD; Deirdre Ward, Plaintiffs-Appellants,

v.

BRANCH BANKING AND TRUST; The Fisher Law Group, PLLC, Defendants-Appellees.

No. 17-1734

United States Court of Appeals, Fourth Circuit.

Submitted: October 17, 2017

Decided: October 19, 2017

Phillip and Deirdre Ward, Appellants Pro Se. Brian L. Moffet, Zachary Saul Schultz, MILES & STOCKBRIDGE, PC, Baltimore, Maryland; Scott R. Robinson,

BROCK & SCOTT, PLLC, Rockville, Maryland, for Appellees.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip and Deirdre Ward appeal the district court's order denying their Fed. R. Civ. P. 60(b) motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ward v. Branch Banking & Tr.*, No. 8:13-cv-01968-ELH, 2017 WL 2242659 (D. Md. filed May 22, 2017, entered May 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*